IN THE MATTER OF THE PETITION OF JOHN D. VOORHIS TO VACATE AN ASSESSMENT.

*Assessment in City of New York — when set aside — fraud — how must be shown.*

Upon the application of the petitioner, an order was made at the Special Term vacating an assessment in the city of New York, on the ground that two lots liable to assessment had been excluded therefrom, and that such exclusion constituted "a fraud in law." On appeal from this order *held* (1), that fraud in fact must be shown before an assessment could be set aside on that ground; * (2), that in the present case there was no direct proof of fraud, nor did the facts proved justify any such legal inference.

* Riches case, 12 Abb., 118.

APPEAL from an order made at the Special Term vacating an assessment for paving Fifty-eighth street from Sixth to Ninth avenues.

*William Barnes,* for the appellant.

*John S. Lawrence,* for the respondent.

Opinion by BARRETT, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order reversed with ten dollars costs and disbursements, and motion to vacate assessment denied, with ten dollars costs.